# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 25, 2019

In re:

Douglas Barrett Berson
               Debtor*

Case Number: 18–31382 amn
Chapter: 7

Elm City Food Cooperative, Inc.
               Plaintiff(s)

v.

Douglas Barrett Berson
               Defendant(s)

Adversary Proceeding
No.: 19–03016 amn

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court at the address in the lower left corner of this Summons within 30 days after the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Neil Crane
> Law Offices of Neil Crane, LLC
> 2679 Whitney Avenue
> Hamden, CT 06518

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a Pretrial Conference of the proceeding commenced by the filing of the complaint will be held at:

> **United States Bankruptcy Court**
> **157 Church Street, 18th Floor, New Haven, CT 06510**
> **at**
> **02:00 PM on December 3, 2019**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: September 25, 2019

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 –

# CERTIFICATE OF SERVICE OF PROCESS

**Case Number: 19–03016**

I,_____(name), certify that service of this summons and a copy of the complaint was made _____(date) by (check one):

☐ **Mail service:** Regular, First Class United States mail, postage fully pre–paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                            Signature
_____
Print Name
_____
Business Address
_____
City/State/Zip